# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>Defendant. | Case No.: 19cv2454-MMA (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE ENE AND STAY DISCOVERY PENDING OUTCOME OF MEDIATION [ECF NO. 13]** |

WHEREAS, Plaintiffs Ty Stewart, Jocelyn Fielding, Laureene Buck and Anna Altomare and Defendant Kodiak Cakes, LLC (collectively, the "Parties") have jointly requested to continue the Early Neutral Evaluation ("ENE") currently scheduled for March 23, 2020 and to stay discovery pending the outcome of mediation, and good cause appearing, the Court hereby **GRANTS in part** the joint motion as follows:

1. The ENE and Case Management Conference currently scheduled for March 23, 2020 are **CONTINUED** to **May 27, 2020**, at **9:30 a.m.**;

2. Confidential ENE Statements must be lodged with the Court no later than **May 18, 2020**;

3. The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **May 11, 2020**;

4. The parties must file a Joint Discovery Plan no later than **May 18, 2020**;

5. The parties must exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **May 18, 2020**.

All other requirements in the Court's February 11, 2020 Notice and Order for Early Neutral Evaluation Conference and Case Management Conference [ECF No. 10] are unaffected by this order.

**IT IS SO ORDERED.**

Dated: March 12. 2020

Honorable Michael S. Berg
United States Magistrate Judge