UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, *individually and on behalf of all other similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>Defendant. | Case No.: 19cv2454-MMA (MSB)<br><br>**ORDER:**<br><br>**(1) CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE TO TELEPHONIC CONFERENCES**<br><br>**AND**<br><br>**(2) ISSUING UPDATED PROCEDURES** |

On March 12, 2020, the Court continued the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this matter to May 27, 2020, at 9:30 a.m. (ECF No. 14.) Earlier orders required personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. (See ECF No. 10 at 1-2.)

On March 23, 2020, Chief Judge Larry A. Burns issued an Order in response to the COVID-19 public emergency ("CJO #18-A"), which, among other things, provides the following:

> In civil cases, the personal appearance of counsel, parties, witnesses, or other non-court personnel at proceedings, hearings, or conferences is excused, unless they are ordered to appear in person by a judicial officer after the date this Order is signed. With the exception of jury trials, judges will retain discretion to schedule and hold proceedings, hearings, and conferences telephonically or by video conferencing, as permitted by law.

(See CJO #18-A at ¶ 4B.)

Accordingly, the Court **MODIFIES** the ENE and CMC to be telephonic for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. Counsel and parties or client representatives with full settlement authority for each party must be immediately available by telephone between the hours of **9:30 a.m. and 12:30 p.m.** on **May 27, 2020**.

2. Throughout this window of time, the Court will initiate separate, confidential calls with Plaintiff and Defendants, respectively. Each party must provide the Court with a single phone number to use to initiate these calls, with both counsel and parties or representatives already conferenced in and ready to engage in settlement discussions. Counsel must contact the Court at **efile_berg@casd.uscourts.gov** no later than **May 25, 2020**, by **5:00 p.m.** to provide each party's preferred phone number for the ENE and CMC, and any other necessary call-in information for the Court (i.e., conference line passcodes).

3. All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person.

4. If the case does not settle through the telephonic ENE process, the Court will hold the CMC on its chambers teleconference line at **(888) 363-4734** after concluding the ENE calls. If and when the Court determines settlement is not possible, the Court will notify counsel for each side to call in to the teleconference line for the CMC at the appropriate time. Counsel must use the access code **3019297** to join the CMC.

///

5. All procedures and requirements set forth in the Court's Order Setting ENE and CMC, (ECF No. 10), remain in effect, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated: May 11, 2020

Honorable Michael S. Berg
United States Magistrate Judge