# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KODIAK CAKES, LLC,<br><br>    Defendants. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**ORDER GRANTING *EX PARTE* REQUEST TO INCREASE PAGE LIMIT FOR EARLY NEUTRAL EVALUATION STATEMENT AND EXHIBITS**<br><br>**[ECF NO. 19]** |

Having reviewed the *Ex Parte* Request of Plaintiffs Ty Stewart, Jocelyn Fielding, Laureene Buck and Anna Altomare (collectively, "Plaintiffs"), (ECF No. 19), and for good cause appearing therefor, the Court hereby **GRANTS** the Request to Increase the Page Limit for the Early Neutral Evaluation Statement and Exhibits.

/ / /

/ / /

1	IT IS HEREBY ORDERED THAT, Plaintiffs shall limit the ENE statement
2	to ten (10) pages or less, and up to ten (10) pages of exhibits or declarations.  All
3	other orders of the Court in the Notice and Order for Early Neutral Evaluation
4	Conference and Case Management Conference [ECF No. 10] remained unchanged.

**IT IS SO ORDERED.**

Dated:  May 18, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge

-1-

ORDER