UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>                  Defendant. | Case No.:  19cv2454-MMA (MSB)<br><br>**ORDER SETTING IN-PERSON SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court conducted a telephonic Early Neutral Evaluation Conference with the parties on May 27, 2020.  As discussed with and agreed upon by the parties, the Court sets a follow-up telephonic Settlement Conference (SC) on **June 11, 2020**, at **1:30 p.m.** The Case Management Conference, previously scheduled for May 27, 2020, is hereby **CONTINUED** to **June 11, 2020**, at **1:30 p.m.**  The following rules apply:

      1.     The Court will use its official Zoom video conferencing account to hold the SC.  **IF YOU ARE UNFAMILIAR WITH ZOOM:**  Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices

through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the SC.[2] There is a cost-free option for creating a Zoom account.

2.      Prior to the start of the SC, the Court will e-mail each SC participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the SC begins.

3.      Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the SC to ensure that the SC begins promptly at **1:30 p.m. The Zoom e-mail invitation may indicate an earlier start time, but the SC will begin at the Court-scheduled time.**

4.      Zoom's functionalities will allow the Court to conduct the SC as it ordinarily would conduct an in-person SC.  That is, the Court will begin the SC with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls

---

[1]  If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2]  For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **June 3, 2020**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference.  (If counsel prefers all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the SC and be prepared to devote their full attention to the SC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

/ / /

/ / /

/ / /

_____

[3]  For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

1    7.    If the case does not settle during the SC, the Court will hold the CMC

2    immediately following the SC with counsel only.

3    **IT IS SO ORDERED.**

4    Dated:  May 28, 2020

5

6    Honorable Michael S. Berg
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19cv2454-MMA (MSB)