# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>                     Plaintiff,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>                     Defendant. | Case No.:  19cv2454-MMA (MSB)<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on June 11, 2020. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

    1.    The parties shall file any joint motion for a protective order, which includes the terms of their agreement for handling confidential documents and information, on or before **July 13, 2020**.

    2.    Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **August 28, 2020**.

    3.    A telephonic attorneys-only Case Management Conference is set for **September 17, 2020**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

      4.     The limitations on depositions and interrogatories set forth in Federal Rules of Civil Procedure 30 and 33 apply, though the Court will consider whether additional discovery is proportional to the needs of the case if raised by the parties after some initial discovery within the statutory limits.

      5.     All interrogatories, requests for admission, and document production requests necessary for the class certification motion must be served by **December 28, 2020**.

      6.     Counsel shall promptly and in good faith meet and confer about all discovery disputes in compliance with Local Rule 26.1(a). If the parties have exhausted meet and confer efforts without resolving their discovery dispute, counsel for all parties must jointly call chambers to request an informal discovery conference prior to filing a discovery motion. All discovery motions must be filed within **30 days** of the event giving rise to the dispute. For oral discovery, the event giving rise to the dispute is the completion of the transcript of the relevant portion of the deposition. For written discovery, the event giving rise to the discovery dispute is the date of service of the response, **not** the date on which counsel reach an impasse in meet and confer efforts. If a party fails to provide a discovery response, the event giving rise to the discovery dispute is the date response was due. The Court's procedures for resolving discovery disputes are set forth in Magistrate Judge Michael S. Berg's Civil Chambers Rules, which are posted on the Court's website. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

      7.     Any motion for class certification must be filed on or before **February 26, 2020**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in a motion not being heard.

8.  The parties are **ORDERED** to contact the Chambers of Magistrate Judge Michael S. Berg within five days of the Court's ruling on a class certification motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 7, supra, to schedule a Case Management Conference.

9.  The dates and times set forth herein will not be modified except for good cause shown.

10. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

11. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: June 12, 2020

Honorable Michael S. Berg
United States Magistrate Judge