# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>  Defendant. | Case No. 19-cv-2454-MMA (MSB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO FILE FIRST AMENDED COMPLAINT, EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT, AND INCREASING RULE 12(b) BRIEFING PAGE LIMITS; AND ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[Doc. Nos. 34, 35] |

The parties jointly move (1) to allow Plaintiffs Ty Stewart, Jocelyn Fielding, Laureene Buck, and Anna Altomare ("Plaintiffs") to file a First Amended Complaint ("FAC"); (2) to allow Kodiak Cakes, LLC ("Defendant") thirty days from the filing of the FAC to file its response; and (3) to allow the parties increased page lengths if Defendant files a Federal Rule of Civil Procedure 12(b) motion in response to the FAC. *See* Doc. No. 35.

| | |
|---|---|
| 1 | The Court **GRANTS** the parties' joint motion.  Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **DIRECTS** the Clerk of Court to file Plaintiffs' FAC (Doc. No. 35-1) as a separate docket entry.  Pursuant to Civil Local Rules 7.2 and 12.1 and good cause appearing, the Court **EXTENDS** the time in which Defendant must answer or otherwise respond to the Complaint to on or before **October 28, 2020**.  Pursuant to Local Civil Rule 7.1.h, the Court **INCREASES** the page limit for any Rule 12(b) motion filed by Defendant in response to the FAC to as follows: (1) thirty-five pages for Defendant's brief in support of its motion; (2) thirty-five pages for Plaintiffs' brief in opposition to Defendant's motion; and (3) twenty pages for Defendant's reply brief.  Furthermore, in light of the parties' joint motion and this Order, the Court **DENIES AS MOOT** Plaintiffs' motion for leave to file a first amended class action complaint (Doc. No. 34). |

**IT IS SO ORDERED**.

Dated: September 15, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge