UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.:  19cv2454-MMA (MSB)<br><br>**ORDER:**<br><br>**(1) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE, AND**<br><br>**(2) CORRECTING DEADLINE FOR CLASS CERTIFICATION MOTION** |

　　　The Court held a telephonic Case Management Conference ("TCMC") in September 17, 2020.  As discussed with and agreed upon by the parties, the Court sets a follow-up TCMC on **December 17, 2020**, at **10:00 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court further **ORDERS** that any motion for class certification must be filed on or before **February 26, 2021**.

**IT IS SO ORDERED.**

Dated:  September 17, 2020

Honorable Michael S. Berg
United States Magistrate Judge