UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>                      Defendant. | Case No.: 19cv2454-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

      The Court held a telephonic Case Management Conference with counsel for the parties on December 17, 2020.  As discussed with and agreed upon by both parties, the Court **ORDERS** as follows:

      1.    The parties are to meet and confer forthwith about their discovery disputes regarding (a) Plaintiffs' Requests for Production (Set One) and (b) Defendant's Interrogatories and Requests for Production (Set One).  If they have not resolved such disputes, they must place a joint call to chambers at (619) 557-6632, **no later than January 7, 2021**.

/ / /

/ / /

/ / /

2. The Court **SETS** a further telephonic, attorneys-only Case Management Conference for **March 15, 2021**, at **2:00 p.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated: December 17, 2020

Honorable Michael S. Berg
United States Magistrate Judge