# Exhibit "2"

| | |
|---|---|
| **From:** | Courtney Vasquez |
| **To:** | Grimaldi, Michael |
| **Cc:** | Kizirian, Eric; Stierna, Danielle; Snyder, Cynthia; Dave Fox; Joanna Fox |
| **Subject:** | Stewart, et al. v. Kodiak Cakes - Subpoena |
| **Date:** | Friday, October 23, 2020 9:16:00 AM |
| **Attachments:** | image001.wmz |
| | image002.png |

Hi Mike,

Following up from your request regarding documents produced in response to the subpoenas we served.

Here is a link to documents and information produced by third parties in response to our subpoenas to date.  https://www.dropbox.com/sh/8swkx0gykn7k362/AAA0rj_69Yjy43-w5zHXsoQia?dl=0

Finnmax's document production included this link, which are non-downloadable clips of the final Kodiak Cakes episode and expires 10/29/20:

https://ql.mediasilo.com/ql/5f72c1e1e4b02ff59546e869
Password: KCLCEP528

Also, we would like to address Kodiak's document production.  To date, we have not received a single document in response to our RFPs that were served months ago.  We request that Kodiak promptly produce any responsive documents at least on a rolling basis and let us know when we can expect to receive a production.

Courtney


**COURTNEY VASQUEZ**
ATTORNEY AT LAW

The Plaza Building
225 W. Plaza Street, Suite 102
Solana Beach, CA 92075
P: 858-256-7616  F: 858-256-7618
www.foxlawapc.com