## CERTIFICATE OF SERVICE

**Case Name: Stewart, et al. v. Kodiak Cakes, LLC**
**Case No.:    3:19-cv-02454-MMA-MSB**

I hereby certify that on December 24, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION; AND,**
2. **DECLARATION OF COURTNEY VASQUEZ IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION; AND,**
3. **CERTIFICATE OF SERVICE.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 24, 2020, at San Diego, California.


Uziel Carbajal
Declarant                                           Signature