# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>Defendant. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br>**[ECF No. 67]** |

Having reviewed the Parties' "Joint Motion to Amend Scheduling Order Regulating Discovery and the Deadline to File a Motion for Class Certification" ("Joint Motion") [ECF No. 67], and finding good cause for the requested continuance, the Court hereby **GRANTS** the Joint Motion as follows:

1. The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is **CONTINUED** by approximately 4 months to **April 30, 2021.**

/ / /

2. Plaintiffs' deadline to file their motion for class certification is **CONTINUED** by approximately 4 months to **June 28, 2021.**

The Court cautions the Parties that this extension is significant, and the Court is not inclined to grant further continuances without a substantial showing of diligence and extraordinary circumstances interfering with the Parties' ability to complete discovery and file any class certification motions within the time now provided.

**IT IS SO ORDERED.**

Dated: December 28, 2020

Honorable Michael S. Berg
United States Magistrate Judge

-1-

ORDER