UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.:  19cv2454-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On February 10, 2021, the Court held a telephonic Discovery Conference to address outstanding discovery disputes between the parties, specifically Plaintiffs' responses to Defendant's written discovery and Defendant's production of documents. As discussed at the conference, the Court **SETS** a further telephonic Discovery Conference on **February 11, 2021**, at **2:00 p.m.**  Counsel for Defendant is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

　　　**IT IS SO ORDERED.**

Dated:  February 10, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge