UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>Defendant. | Case No.: 19cv2454-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On February 11, 2021, the Court held a telephonic Discovery Conference to address outstanding discovery disputes between the parties, specifically Plaintiffs' responses to Defendant's written discovery and Defendant's production of documents. At the conference, the parties reported that they had agreed to deadlines to promote the progress of Defendant's production of documents.  Specifically, by **February 19, 2021**, Defendant will provide Plaintiffs with a detailed response to all of Plaintiffs' requested search terms requests.  By the **first week of March 2021**, Defendant will pull data from all 8 agreed upon custodians and identify all search terms.  Defendants will devote adequate resources and diligent effort to complete its production of ESI documents.

/ / /

/ / /

As discussed at the conference, the Court **SETS** a further telephonic Discovery Conference on **March 19, 2021**, at **1:30 p.m.** Counsel for Defendant is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  February 11, 2021

Honorable Michael S. Berg
United States Magistrate Judge