1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11    TY STEWART, et al.,                    Case No.:  19cv2454-MMA (MSB)

12                          Plaintiffs,
                                             **ORDER REQUIRING INFORMAL LETTER**
13    v.                                     **BRIEFS**

14    KODIAK CAKES, LLC,

15                          Defendant.

16

17          On April 15, 2021, counsel for Defendant called to inform the Court that the

18    parties would like to add an additional discovery dispute to be discussed at the

19    telephonic Discovery Conference, scheduled for April 23, 2021.  Accordingly, the parties

20    are **ORDERED** to exchange with one another and provide to the Court (by emailing to

21    efile_berg@casd.uscourts.gov) **two-page letter briefs** addressing their disagreements

22    regarding Plaintiffs' supplemental responses to Defendant's Requests for Production of

23    Documents no later than **noon** on **April 21, 2021**.

24          **IT IS SO ORDERED.**

25    Dated:  April 15, 2021

26

27                                          _____

28                                          Honorable Michael S. Berg
                                            United States Magistrate Judge

                                                         19cv2454-MMA (MSB)