DAVE FOX (Bar No. 254651)
Dave@FoxLawAPC.com
JOANNA FOX (Bar No. 272593)
Joanna@FoxLawAPC.com
COURTNEY VASQUEZ (Bar No. 267081)
Courtney@FoxLawAPC.com
**FOX LAW, APC**
225 W. Plaza Street, Suite 102
Solana Beach, CA 92075
Tel: 858-256-7616
Fax: 858-256-7618

*Attorneys for Plaintiffs and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:19-cv-02454-MMA-MSB<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT KODIAK CAKES LLC'S LETTER BRIEF FOR DISCOVERY CONFERENCE**<br><br>Judge: Hon. Michael S. Berg<br>Ctrm: 2C<br>Date: April 23, 2021<br>Time: 1:30 p.m. |

### I. KODIAK VIOLATED THIS COURT'S ORDER REQURING TWO-PAGE LETTER BRIEFS (ECF # 84)

In preparation for the Court's Informal Discovery Conference set for April 23, 2021, this Court issued an order that required the parties to provide to the Court and exchange among themselves letter briefs addressing their disagreements regarding Plaintiffs' supplemental responses to Defendant's Requests for Production of Documents. The Court's Order specifically limited the parties to "**two-page letter briefs**." (ECF # 84 (emphasis in original).)

On April 21, 2021, in full compliance with these orders, Plaintiffs submitted their letter brief. (Ex. 1, Plaintiffs' Letter Brief.)

Simultaneously, Defendant Kodiak Cakes, LLC ("Kodiak") submitted a **5-page, single spaced letter brief** along with three attachments. (Ex. 2, Kodiak's Letter Brief.) The letter brief alone was **two and half times longer** than the Court permitted. Together, the brief and attachments total ***191 pages***, 95 times longer than the Court permitted.

Kodiak's submission directly disregards this Court's order and places Plaintiffs at unfair disadvantage in presenting their position to the Court. Essentially, Kodiak has one-sidedly fully briefed the issues for this Court. Plaintiffs did not get the same opportunity. Kodiak's brief should be rejected outright.[1]

To the extent Kodiak's brief is considered at all, Plaintiffs hereby request leave of Court to file a substantive response. No order (formal or informal) should be made in the face of this unfair record, which would deprive Plaintiffs of the due process they are owed prior to any Court order being made concerning Plaintiffs' discovery obligations.

---

[1] Any attempt by Kodiak to maintain that its letter brief was somehow appropriate in the face of the Court's clear mandate because Kodiak titled it as a Letter Brief *and* "Status Report" must also be rejected. The Court clearly ordered the Parties to submit two pages each. Kodiak ignored that Order in its attempt to gain an unfair advantage.

-1-

For all these reasons, Plaintiffs respectfully request that the Court reject Kodiak's letter brief or, in the alternative, consider only the first two pages of the letter. If the Court chooses to consider the entire 191-page submission, Plaintiffs respectfully request the opportunity to fully brief the issues raised in Kodiak's letter brief and continue the informal discovery conference to a later date.

Dated: April 21, 2021

**FOX LAW, APC**

*/s/ Courtney Vasquez*
COURTNEY VASQUEZ
courtney@foxlawapc.com
*Attorneys for Plaintiffs and the Proposed Class*

-2-

PLAINTIFFS' OBJECTION TO DEFENDANT KODIAK CAKES LLC'S
LETTER BRIEF FOR DISCOVERY CONFERENCE