DAVE FOX (Bar No. 254651)
dave@foxlawapc.com
JOANNA FOX (Bar No. 272593)
joanna@foxlawapc.com
COURTNEY VASQUEZ (Bar No. 267081)
courtney@foxlawapc.com
**FOX LAW, APC**
225 W. Plaza Street, Suite 102
Solana Beach, CA 92075
Tel:  858-256-7616
Fax: 858-256-7618

*Attorneys for Plaintiffs and the Proposed Class*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.Grimaldi@lewisbrisbois.com
DANIELLE E. STIERNA, SB# 317156
  E-Mail: Danielle.Stierna@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant KODIAK
CAKES, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>            Plaintiffs,<br><br>      v.<br><br>KODIAK CAKES, LLC,<br><br>            Defendants. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>District Judge: Hon. Michael M. Anello<br>Courtroom: 3D<br><br>Magistrate Judge: Hon. Michael S. Berg<br>Courtroom: 2C |

4847-6627-3493.2

Pursuant to Local Rule 7.2 and Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Ty Stewart, Jocelyn Fielding, Laureene Buck, Anna Altomare, Vicki Siverling, Tracy Hall, Mary McLeroy, Chad Humphrey, Robert Riddell, Victoria Johnson, Michael Smith, Harry Malakoff, Alyson Martin, Robin Curless, Jennifer Jenkins, Mary Hillary Pfeiffer, Suzanne Dagesse, Julie Lussier, Julie Stocker, Ivan Blanco, Eliza Reid, Evelyn Hernandez, and Danielle Arno, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Kodiak Cakes, LLC ("Kodiak" or "Defendant"), by and through their undersigned counsel, hereby stipulate to amend the current schedule regarding class certification discovery and Plaintiffs' motion for class certification as follows:

1. The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is extended 90 days through and including **July 29, 2021.**

2. Plaintiffs' deadline to file their motion for class certification is extended through and including **September 20, 2021.**

In support of this Joint Motion, the parties state as follows:

WHEREAS, this is a complex class action involving 23 plaintiffs from 11 different states, 64 different Kodiak products, and Plaintiffs have alleged several theories of liability regarding slack fill and false and misleading marketing representations;

WHEREAS, on December 29, 2020, this Court granted the parties' Joint Motion to Amend the Scheduling Order Regulating Discovery and the Deadline to File a Motion for Class Certification (ECF # 67).  The Court extended the deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion to April 30, 2021, and extended the deadline for Plaintiffs to file their motion for class certification to June 28, 2021 (ECF # 68);

/ / /

### ***Status of Written Discovery***

WHEREAS, since that time, the parties have continued to engage is discovery relating to class certification issues.  On March 16, 2020, Kodiak served its initial production of ESI in response to Plaintiffs' First Set of Production of Documents ("RFP") that had been pending since July 28, 2020.  This initial production has been followed by rolling productions over the past month that have totaled over 30,000 documents.  Kodiak has indicated that it has substantially completed its production of all ESI in response to Plaintiffs' First Set of RFPs and that only small production(s) remain to be produced;

WHEREAS, Plaintiffs require a reasonable amount of time to review Kodiak's recent ESI productions and potentially conduct follow-up discovery requests as needed.  In addition, certain issues remain to be resolved between the parties such as issues relating to review and production of consumer feedback from Kodiaks' flapjacks@kodiakcakes.com account.  Pertinent to this inquiry is the type of consumer feedback documents that have already been produced from other custodians, which may absolve some of these issues.  However, Plaintiffs require adequate time to review the thousands of documents Kodiak recently produced;

WHEREAS, Kodiak has served interrogatories and requests for production to Plaintiffs.  The parties have been meeting and conferring regarding the sufficiency of Plaintiffs' responses to Kodiak's requests for production and have appeared before this Court for two informal discovery conferences regarding the parties' disputes.  At this time, the issues have not been resolved.  If the parties cannot resolve their dispute, Kodiak intends to file a motion to compel on or before May 14, 2021 pursuant to this Court's Order (ECF # 86);

WHEREAS, no depositions have moved forward in this case.  Plaintiffs intend to notice the deposition of Kodiak's person(s) most knowledgeable after they have had sufficient time to review Kodiak's document production and depositions may uncover the need for additional discovery requests.  Similarly, Kodiak has

1    indicated that it intends to depose Plaintiffs in this case, but no deposition is
2    presently scheduled given the discovery dispute over Plaintiffs' document
3    production;

4        WHEREAS, for all the foregoing reasons, there is good cause to extend the
5    deadline for the parties to serve written discovery.

6                    ***The Need to Extend the Class Certification Motion***

7        WHEREAS, Plaintiffs filed the FAC on September 15, 2020.  (ECF # 37.)
8    The FAC added 19 plaintiffs from the following eleven states: California,
9    Colorado, Connecticut, Florida, Illinois, Massachusetts, Michigan, Missouri, New
10   Jersey, New York and Washington.  (ECF # 37.)  The FAC also pled additional
11   facts related to the products and claims at issue and the scope of the class-wide
12   relief sought (ECF # 37);

13       WHEREAS, on October 28, 2020, Kodiak filed its Motion to Dismiss/Strike
14   the FAC (ECF # 44);

15       WHEREAS, on April 29, 2021, this Court granted in part and denied in part
16   Kodiak's motion to dismiss.  The Court denied Kodiak's motion to strike in its
17   entirety (ECF # 87);

18       WHEREAS, Plaintiffs intend to file an amended complaint by the May 17,
19   2021 deadline set by this Court;

20       WHEREAS, given the current posture of the pleadings and that status of
21   discovery there is good cause to extend the deadline for class certification to allow
22   for the pleadings to be set and give counsel sufficient time to prepare for class
23   certification briefing once the parties and claims are certain.

24       WHEREAS, the parties have also met and conferred on a proposed briefing
25   schedule as follows:

26       • September 20, 2021 – Deadline for Plaintiffs to file their Motion for
27         Class Certification
28       • November 4, 2021 – Deadline for Kodiak to file their Opposition.

1    • December 9, 2021 – Deadline for Plaintiffs to file their Reply Brief.

2    **WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY**

3    **THE PARTIES**, by and through their respective undersigned attorneys, that the

4    present Scheduling Order be amended as follows:

5    1.    The deadline to serve all interrogatories, requests for admission, and

6    document production requests necessary for the class certification motion is

7    extended 90 days through and including **July 29, 2021.**

8    2.    Plaintiffs' deadline to file their motion for class certification is

9    extended through and including **September 20, 2021** with the following briefing

10    schedule:

11    • **September 20, 2021** – Deadline for Plaintiffs to file their Motion

12        for Class Certification

13    • **November 4, 2021** – Deadline for Kodiak to file their Opposition.

14    • **December 9, 2021** – Deadline for Plaintiffs to file their Reply

15        Brief.

16                                    Respectfully submitted,

17    Date: April 29, 2021            **FOX LAW, APC**

18

19                                    s/ Courtney Vasquez
                                     DAVE FOX
20                                    JOANNA FOX
                                     COURTNEY VASQUEZ
21                                    *Attorneys for Plaintiffs and the*
                                     *Proposed Class*

22

23    Date: April 29, 2021            **LEWIS BRISBOIS BISGAARD &**
                                     **SMITH LLP**

24

25                                    s/
                                     ERIC KIZIRIAN
26                                    MICHAEL GRIMALDI
                                     DANIELLE STIERNA
27                                    *Attorneys for Defendant Kodiak*
                                     *Cakes, LLC*

28

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael Grimaldi, counsel for Defendant, and that I have obtained his authorization to affix his signature to this document.

Date: April 29, 2021                    **FOX LAW, APC**


                                        s/ Courtney Vasquez
                                        COURTNEY VASQUEZ
                                        courtney@foxlawapc.com