# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KODIAK CAKES, LLC,<br><br>  Defendants. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>[ECF No. 88] |

On April 30, 2021, the parties filed a "Joint Motion to Amend Scheduling Order Regulating Discovery and the Deadline to File a Motion for Class Certification." (ECF No. 88.) They ask the Court to continue the deadlines for serving written discovery and filing the class certification motion by approximately 90 days, citing delayed discovery and a need to settle the pleadings after Plaintiffs file a second amended complaint by the May 17, 2021 deadline. (Id. at 3-5.) The parties also requested a specific briefing schedule for the class certification motion. (Id. at 5.) For good cause appearing, the Court **GRANTS** the Joint Motion as follows:

1.     The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is extended 90 days through and including **July 29, 2021.**

2.     Plaintiffs' deadline to file their motion for class certification is extended through and including **September 20, 2021** with the following briefing schedule:

- **September 20, 2021** – Deadline for Plaintiffs to file their Motion for Class Certification
- **November 4, 2021** – Deadline for Kodiak to file their Opposition.
- **December 9, 2021** – Deadline for Plaintiffs to file their Reply Brief.

**IT IS SO ORDERED.**

Dated: April 30, 2021

Honorable Michael S. Berg
United States Magistrate Judge