1  DAVE FOX (Bar No. 254651)
   dave@foxlawapc.com
2  JOANNA FOX (Bar No. 272593)
   joanna@foxlawapc.com
3  COURTNEY VASQUEZ (Bar No. 267081)
   courtney@foxlawapc.com
4  **FOX LAW, APC**
   225 W. Plaza Street, Suite 102
5  Solana Beach, CA 92075
   Tel: 858-256-7616
6  Fax: 858-256-7618

7  *Attorneys for Plaintiffs and the Proposed Class*

8  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ERIC Y. KIZIRIAN, SB# 210584
9    E-Mail: Eric.Kizirian@lewisbrisbois.com
   MICHAEL K. GRIMALDI, SB# 280939
10   E-Mail: Michael.Grimaldi@lewisbrisbois.com
   DANIELLE E. STIERNA, SB# 317156
11   E-Mail: Danielle.Stierna@lewisbrisbois.com
   633 West 5th Street, Suite 4000
12 Los Angeles, California 90071
   Telephone: 213.250.1800
13 Facsimile: 213.250.7900

14 Attorneys for Defendant KODIAK CAKES, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KODIAK CAKES, LLC,<br><br>　　　　Defendants. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>District Judge: Hon. Michael M. Anello<br>Courtroom: 3D<br><br>Magistrate Judge: Hon. Michael S. Berg<br>Courtroom: 2C |

Pursuant to Local Rule 7.2 and Federal Rule of Civil Procedure 16(b)(4), Plaintiffs and Defendant Kodiak Cakes, LLC ("Kodiak" or "Defendant"), by and through their undersigned counsel, hereby stipulate to amend the current schedule regarding class certification discovery and the class certification motion as follows:

1. The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is extended through and including **August 19, 2021.**

2. Plaintiffs' deadline to file their motion for class certification is extended through and including **October 11, 2021** with the following briefing schedule:

- **October 11, 2021** – Deadline for Plaintiffs to file their Motion for Class Certification;
- **November 29, 2021** - Deadline for Kodiak to file their Opposition for Class Certification;
- **December 30, 2021** – Deadline for Plaintiffs to file their Reply for Class Certification

In support of this Joint Motion, the parties state as follows:

WHEREAS, this Court has granted two previous requests to Amend the Scheduling Order Regulating Discovery and the Deadline to File a Motion for Class Certification (ECF # 68, 89).

WHEREAS, the current deadline to serve written discovery for class certification purposes is July 29, 2021 (ECF # 89).

WHEREAS, the current deadline for Plaintiffs to file their motion for class certification is September 20, 2011 (ECF # 89).

WHEREAS, the parties have been engaged in discovery relating to class certification issues, including written discovery and depositions.  In response to Plaintiffs' Requests for Production, before July 27, 2021, Kodiak had made five rolling productions totaling over 135,000 pages.

WHEREAS, on July 27, 2021 at 8:17 p.m., Kodiak made a sixth rolling production of over 170,000 pages. This sixth production alone more than doubled the number of documents that Kodiak has produced to date. Kodiak has indicated that additional responsive documents still need to be produced are forthcoming in the near future.

WHEREAS, Plaintiffs require additional time to review Kodiak's July 27, 2021 ESI production and other future productions and potentially conduct follow-up discovery requests as needed.

WHEREAS, for all the foregoing reasons, there is good cause to extend the deadline for the parties to serve written discovery;

WHEREAS, given the anticipated discovery and conflicts in Kodiak's counsel's schedule over the upcoming months, the parties have also agreed to a limited 21-day extension of the time for Plaintiffs to file their motion for class certification, with corresponding extensions for opposition and reply briefing;

WHEREAS, for all the foregoing reasons, there is good cause to extend the deadlines relating to Plaintiffs' class certification motion.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES**, by and through their respective undersigned attorneys, that the present Scheduling Order be amended as follows:

1. The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is extended through and including **August 19, 2021**.
2. Plaintiffs' deadline to file their motion for class certification is extended through and including **October 11, 2021** with the following briefing schedule:
   - **October 11, 2021** – Deadline for Plaintiffs to file their Motion for Class Certification;

///

- **November 29, 2021**- Deadline for Kodiak to file their Opposition for Class Certification;
- **December 30, 2021** – Deadline for Plaintiffs to file their Reply for Class Certification

          Respectfully submitted,

Date: July 28, 2021        **FOX LAW, APC**

s/ Courtney Vasquez
DAVE FOX
JOANNA FOX
COURTNEY VASQUEZ
*Attorneys for Plaintiffs and the Proposed Class*

Date: July 28, 2021        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

s/ Eric Kizirian
ERIC KIZIRIAN
MICHAEL GRIMALDI
DANIELLE STIERNA
*Attorneys for Defendant Kodiak Cakes, LLC*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric Kizirian, counsel for Defendant, and that I have obtained his authorization to affix his signature to this document.

Date: July 28, 2021        **FOX LAW, APC**

s/ Courtney Vasquez
COURTNEY VASQUEZ
courtney@foxlawapc.com