# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>Defendants. | CASE NO.: 19cv2454-MMA (MSB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND THE DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br>**[ECF No. 95]** |

Having reviewed the Parties Joint Motion to Amend Scheduling Order Regulating Discovery and the Deadline to File a Motion for Class Certification [ECF NO. 95] and for good cause appearing therefor, the Court hereby **GRANTS in part** and **DENIES in part** the Joint Motion as follows:

1. The deadline to serve all interrogatories, requests for admission, and document production requests necessary for the class certification motion is extended through and including **August 19, 2021**.

///

///

ORDER

2. Plaintiffs' deadline to file their motion for class certification is extended through and including **October 11, 2021.**

3. Judge Berg declines to continue the briefing schedule on the class certification motion, and instead **VACATES** the previous briefing schedule, so that Judge Anello may select a briefing schedule once the motion for class certification is filed.

**IT IS SO ORDERED.**

Dated: July 29, 2021

Honorable Michael S. Berg
United States Magistrate Judge

-1-

ORDER