# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 19-cv-2454-MMA (MSB)<br><br>**ORDER DIRECTING COUNSEL TO MEET AND CONFER AND SUBMIT A JOINT PROPOSED BRIEFING SCHEDULE** |

　　　　Ty Stewart and twenty-two other named plaintiffs (collectively, "Plaintiffs") bring this putative class action against Kodiak Cakes, LLC ("Defendant"). *See* Doc. No. 90. On September 30, 2021, the Court issued an order (1) denying Plaintiffs' ex parte motion for extension of time to file a motion for class certification and (2) vacating the October 11, 2021 motion for class certification deadline. *See* Doc. No. 99. In light of the pending motion to dismiss, *see* Doc. No. 91, the Court **ORDERS** as follows:

　　　　1.　　Counsel for the parties must meet and confer on issues related to Plaintiffs' motion for class certification, including a filing deadline, extended briefing schedule, and any page limit increases.

2. The Court further **DIRECTS** the parties to file a joint proposed briefing schedule on Plaintiffs' forthcoming motion for class certification within fourteen (14) days of the Court's order on Defendant's pending motion to dismiss. *See* Doc. No. 91.

**IT IS SO ORDERED.**

Dated: October 1, 2021

HON. MICHAEL M. ANELLO
United States District Judge