# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>                              Defendant. | Case No.: 19-cv-2454-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 115] |

     On December 20, 2021, the parties filed a joint motion to set a special briefing schedule on Plaintiffs' forthcoming Motion for Class Certification. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:

     1.    Plaintiffs must file their Motion for Class Certification, not to exceed thirty-five (35) pages, on or before **March 18, 2022**.

     2.    Defendant's opposition to Plaintiffs' Motion for Class Certification, not to exceed thirty-five (35) pages, must be filed on or before **May 2, 2022**.

3. Plaintiffs may file a reply, not to exceed twenty (20) pages, on or before **June 3, 2022**.

**IT IS SO ORDERED**.

Dated: December 20, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge