UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>                              Defendant. | Case No.: 19cv2454-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On January 18, 2022, counsel for Defendant called to inform the Court that the parties have a discovery dispute regarding the sufficiency of one of the plaintiffs' responses to Defendant's Requests for Production regarding receipts for food purchases. Being advised that counsel for the parties are available, the Court **SETS** a telephonic Discovery Conference on **January 26, 2022**, at **1:00 p.m.** Counsel for Defendant is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated: January 19, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge