UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY STEWART, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KODIAK CAKES, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 19-cv-2454-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 123] |

On March 7, 2022, the parties filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(a).  *See* Doc. No. 123.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiffs' individual claims against Defendant with prejudice and Plaintiffs' class claims against Defendant without prejudice.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  March 10, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge